

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00349-CV

**QUEEN'PRINYAH GODIAH NMIAA PAYNE'S EL-BEY,**
                                                          **Appellant**
 **v.**

**MCDONALD'S; MCDONALD HEADQUARTERS,**
                                                          **Appellees**

### From the United States District Court
### Eastern District of New York
### Trial Court No. 20-CV-3031 (WFK)(LB)

## MEMORANDUM OPINION

Queen'Prinyah Godiah NMIAA Payne's El-Bey attempts to appeal a "Memorandum & Order" issued by the Unites States District Court, Eastern District of New York. By letter, the Clerk of this Court informed El-Bey that her appeal was subject to dismissal because this Court has no jurisdiction over an action in or order from a Federal Court. *See* TEX. CONT. art. V, § 6; TEX. GOV'T CODE § 22.201. In the same letter, the Clerk warned El-Bey that the appeal would be dismissed unless El-Bey responded showing grounds for continuing the appeal. El-Bey has not shown grounds for

continuing the appeal.

Also in the same letter, the Clerk warned El-Bey that this proceeding may be determined to be frivolous and subsequently used in deciding whether El-Bey is a vexatious litigant unless El-Bey explained why this proceeding should not be determined to be frivolous. El-Bey has not explained why this proceeding should not be determined to be frivolous.

Accordingly, this proceeding is determined to be frivolous, and it is dismissed for want of jurisdiction.

Further, any documents presented to the Court by El-Bey that were filed as or intended to be motions seeking relief from this Court which were not previously ruled on by the Court are also dismissed because we have no jurisdiction to decide any motions filed or presented for filing in this proceeding.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Motions dismissed
Opinion delivered and filed December 7, 2022
[CV06]

